1452

**98–832. State v. Turner.**
Franklin App. No. 97APA07–952. Discretionary appeal allowed on Propositions of Law Nos. I and II only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–834. State ex rel. McIntosh v. Osnaburg Local School Dist. Bd. of Edn.**
Stark App. Nos. 97CA50, 97CA56 and 97CA60. Discretionary appeal allowed; *sua sponte,* cause consolidated with 97–2039, *E. Canton Edn. Assn. v. McIntosh,* Stark App. No. 96CA0293.

DOUGLAS and LUNDBERG STRATTON, JJ., dissent.

**98–849. Schwarzbek v. Wauseon.**
Fulton App. No. F–97–011.

MOYER, C.J., and COOK, J., would allow on Proposition of Law No. I only.

LUNDBERG STRATTON, J., dissents.

**98–856. Headley v. Ohio Gov. Risk Mgt. Plan.**
Muskingum App. No. CT–97–17.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–874. State v. Clinger.**
Hancock App. No. 5–97–37. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–967. State v. Scott.**
Franklin App. No. 97APA07–906. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–1041. State v. McCardle.**
Franklin App. No. 97APA09–1233. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.